■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v TOMMIE J. BOSTIC, Appellant.—Judgment unanimously reversed on the law and new trial granted. Memorandum: The People concede that, pursuant to *People v Dokes* (79 NY2d 656), defendant's exclusion from the *Sandoval* hearing mandates reversal and the granting of a new trial. (Appeal from Judgment of Steuben County Court, Purple, Jr., J.—Attempted Burglary, 2nd Degree.) Present—Denman, P. J., Pine, Balio, Fallon and Doerr, JJ.